**Order filed January 23, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00376-CV
_____

**IRAJ S. JABBARY, ABC DENTISTRY PASADENA PA, ABC DENTISTRY OLD SPANISH TRAIL PLLC, ABC DENTISTRY WEST OREM PLLC, ET AL, Appellants**

**V.**

**SAEED ROHI DDS, EX REL STATE OF TEXAS, Appellee**

On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2014-41707

## O R D E R

On September 8, 2016, this court abated this appeal because appellant ABC Dentistry, P.A. petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 16-34221. *See* Tex. R. App. P. 8.2. Through the Public Access to Court Electronic Records (PACER) system, the court has learned that the bankruptcy case was closed February 22, 2019.

Unless any party to the appeal files, by **February 12, 2020**, a motion demonstrating good cause to retain this appeal, this appeal will be reinstated and dismissed for want of prosecution.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Bourliot.